# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JAMES E. MASON, JR.** | * | **CIVIL ACTION NO.  5:16-cv-570** |
| | | **"Sec. P"** |
| **VERSUS** | * | **JUDGE ELIZABETH E. FOOTE** |
| **DARREL VANNOY** | * | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that James E. Mason, Jr.'s Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254, [doc. # 1], is hereby **DENIED and DISMISSED WITH PREJUDICE.**

Shreveport, Louisiana, this ____ day of February, 2018.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE